**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000286
30-MAY-2023
07:53 AM
Dkt. 20 ODSD**

NO. CAAP-22-0000286

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PAMELA JEAN GREEN, Plaintiff-Appellee, v.
KENNETH MOORE, KATHY MOORE and JASON MOORE,
Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE SECOND] CIRCUIT
WAILUKU DIVISION
(CIVIL NO. 2DRC-21-0001973)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before February 13, 2023;

(2) Self-represented Defendants-Appellants Kenneth Moore, Kathy Moore and Jason Moore (Appellants) failed to file either document, or request a further extension of time;

(3) On February 14, 2023, the appellate clerk notified Appellants that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on February 23, 2023, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellants could request relief from default by motion; and

(4) Appellants took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 30, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge